EVERGLADES SUGAR & LAND COMPANY, A CORPORATION, *Appellant,* v. FRANK A. BRYAN, CLERK OF THE CIRCUIT COURT IN AND FOR BROWARD COUNTY FLORIDA, *Appellee.*

EVERGLADES SUGAR & LAND COMPANY, A CORPORATION, *Appellant,* v. W. HENNIG AND FRANK A. BRYAN, CLERK OF THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA, *Appellees.*

EVERGLADES LAND SALES COMPANY, A CORPORATION, *Appellant,* v. W. HENNIG AND FRANK A. BRYAN, CLERK OF THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA, *Appellees.*

EVERGLADES LAND COMPANY, A CORPORATION, *Appellant*, v. FRANK A. BRYAN, CLERK OF THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA, *Appellee*.

EVERGLADES LAND COMPANY, A CORPORATION, *Appellant*, v. W. HENNIG AND FRANK A. BRYAN, CLERK OF THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA, *Appellees*.

CONSOLIDATED.

Decision Filed February 11, 1921.

An Appeal from a Decree of the Circuit Court within and for the County of Broward; E. B. Donnell, Judge.

*Hudson, Wolfe & Cason* and *Clair S. Vallette*, for Appellants;

*Atkinson & Burdine* and *Glenn Terrell*, for Appellees.

PER CURIAM. These consolidated causes having been submitted to the court upon a transcript of the record of the orders and decrees aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said orders and decrees; it is, therefore, considered, ordered and adjudged by the court that the said orders and decrees be, and the same are hereby, affirmd.

BROWNE, C. J., AND TAYLOR, WHITFIELD AND ELLIS, J. J., AND JONES, CIRCUIT JUDGE, concur.

WEST, J., disqualified.